David J. Doyaga, Sr.
26 Court Street, Suite 1601
Brooklyn, New York 11242
Telephone:  (718)488-7500
Facsimile:   (718)488-7505
Email:  david.doyaga.sr@gmail.com

UNITED  STATES  BANKRUPTCY  COURT
DISTRICT OF NEW JERSEY

| In re | Case No.  17-19835 (CMG) |
|---|---|
| Clarissa I. Barrocales | CHAPTER 13 |
|  | The Honorable Christine M. Gravelle |
| Debtor |  |

1.  I am Clarissa Barrocales (the "Debtor") and am fully familiar with all the facts and circumstances herein.

2.  This certification is submitted to request the case is to have the dismissed voluntarily pursuant to Bankruptcy Rule 1307(b) as is the debtor's right.

BACKGROUND

3.  I filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code under case number 17-19835-cmg on May 12, 2017 and converted to Chapter 13 on September 12, 2017.

Wherefore, the debtor respectfully requests that the application to dismiss the Petition is granted and the annexed Order be executed.

Dated:    Brooklyn, New York
          April 16, 2018

                              s/Clarissa Barrocales
                              Clarissa Barrocales, Debtor

                              __S/David J. Doyaga, Sr._____
                              David J. Doyaga, Sr.
                              Attorney at Law

26 Court Street -- Suite 1601
Brooklyn, New York 11242
(718) 488-7500