Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−19835−CMG
        Chapter: 7
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Clarissa Barrocales
   aka Clarissa I. Barrocales
   402 Johnstone Street
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−8914

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Michael Artis, United States Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 7/17/18
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: June 12, 2018
JAN:

                            Jeanne Naughton
                            Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 17-19835-CMG
Clarissa Barrocales                                           Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2       Date Rcvd: Jun 12, 2018
                              Form ID: 170             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db          +Clarissa Barrocales,    402 Johnstone Street,    Perth Amboy, NJ 08861-3330
cr          +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
lm          +PennyMac,   P.O. Box 514387,    Los Angeles, CA 90051-4387
517212662    BANK OF AMERICA, N.A.,    PENNYMAC LOAN SERVICES, LLC,   P.O. BOX 2010,    MOORPARK CA 93020
516823309   +BAYVIEW EMERGENCY ASSOC,   DYNAMIC RECOVERY SOLUTION,    PO BOX 25759,
              Greenville, SC 29616-0759
517053410   +Bay Club Association Manager,    PO BOX 402705,   Atlanta GA 30384-2705
516823311   +COMENITY CAPITAL/HSN,    995 W 122ND AVE,   WESTMINSTER, CO 80234-3417
517275088   +David J. Doyaga, Sr.,    Doyaga & Schaefer,   26 Court Street, Suite 1601,
              Brooklyn, NY 11242-1116
517225155    Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN 55116-0408
516823320   +HIDDEN VILLAGE II,    C/O MIDLANTIC PROPERTY MGMT,    315 RARITAN AVE,
              Highland Park, NJ 08904-2751
516892239   +Hidden VillageII Condo. Assoc., Inc.,    Mezzacca & Kwasnik, LLC,    980 Amboy Ave., Ste. 2,
              Edison, NJ 08837-2809
516823331   +PENNYMAC LOAN SERVICES,    6101 CONDOR DR,   MOORPARK, CA 93021-2602
517053411   +PSEG Co,   PO BOX 14444,    New Brunswick, NJ 08906-4444
516823332   +RARITAN BAY MED. CTR,    PO BOX 11664,   Newark, NJ 07101-4664
517215046   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516823333   +STATE OF NJ,    DIVISION OF TAXATION,   REVENUE PROCESSING CENTER,    PO BOX 643,
              Trenton, NJ 08646-0643
516823334   +STATE OF NJ,    DIVISION OF TAXATION,   REVENUE PROCESSING CTR,    PO BOX 643,
              Trenton, NJ 08646-0643
516823339   +TOYOTA MOTOR CREDIT CO,    240 GIBRALTAR RD STE 260,   HORSHAM, PA 19044-2387
516823340   +TRIDENT ASSET MANAGEME,    53 PERIMETER CTR E STE 4,   ATLANTA, GA 30346-2294
517113705   +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
517542647   +United Student Aid Funds, Inc (USAF),    PO Box 8961,   Madison WI 53708-8961
516823341   +WF CRD SVC,    3201 N 4TH AVE,   SIOUX FALLS, SD 57104-0700
517142724    Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,   Des Moines,   IA     50306-0438
517280216    eCAST Settlement Corporation,    PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2018 22:41:00     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2018 22:40:57     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516823310   +E-mail/Text: compliance@chaserec.com Jun 12 2018 22:41:37     CHASE RECEIVABLES,
              1247 BROADWAY,   SONOMA, CA 95476-7503
516823311   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 12 2018 22:40:49     COMENITY CAPITAL/HSN,
              995 W 122ND AVE,   WESTMINSTER, CO 80234-3417
517204434   +E-mail/Text: bankruptcy@cavps.com Jun 12 2018 22:41:13     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516823312   +E-mail/PDF: pa_dc_ed@navient.com Jun 12 2018 22:44:47     DEPT OF ED/NAVIENT,    PO BOX 9635,
              WILKES BARRE, PA 18773-9635
516823321    E-mail/Text: cio.bncmail@irs.gov Jun 12 2018 22:40:35     INTERNAL REVENUE SERVICE,
              CENTRAL OPERATIONS,   PO BOX 7346,   Philadelphia, PA 19101-7346
516823325    E-mail/Text: bankruptcynotice@nymcu.org Jun 12 2018 22:41:18     MUNICIPAL CREDIT UNION,
              22 CORTLANDT ST,   NEW YORK, NY 10007
516823326   +E-mail/PDF: pa_dc_claims@navient.com Jun 12 2018 22:44:46     NAVIENT,   PO BOX 9500,
              WILKES BARRE, PA 18773-9500
517109271    E-mail/PDF: pa_dc_litigation@navient.com Jun 12 2018 22:44:20
              Navient Solutions, LLC on behalf of,   United Student Aid Funds, Inc.,
              Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,   Wilkes Barre, PA 18773-9430
517178187    E-mail/PDF: pa_dc_claims@navient.com Jun 12 2018 22:44:46
              Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
517116276   +E-mail/Text: bankruptcy@pseg.com Jun 12 2018 22:40:27     PSE&G,   PO Box 490,
              Cranford, NJ 07016-0490
517066906    E-mail/Text: bnc-quantum@quantum3group.com Jun 12 2018 22:40:53
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
              Kirkland, WA 98083-0788
516823338   +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 22:44:42     SYNCB/TJX COS,   PO BOX 965005,
              ORLANDO, FL 32896-5005
516824339   +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2018 22:44:42     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517171317   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 12 2018 22:44:34     Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 16
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jun 12, 2018
                              Form ID: 170             Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516823313*      +DEPT OF ED/NAVIENT,    PO BOX 9635,     WILKES BARRE, PA 18773-9635
516823314*      +DEPT OF ED/NAVIENT,    PO BOX 9635,     WILKES BARRE, PA 18773-9635
516823315*      +DEPT OF ED/NAVIENT,    PO BOX 9635,     WILKES BARRE, PA 18773-9635
516823316*      +DEPT OF ED/NAVIENT,    PO BOX 9635,     WILKES BARRE, PA 18773-9635
516823317*      +DEPT OF ED/NAVIENT,    PO BOX 9635,     WILKES BARRE, PA 18773-9635
516823318*      +DEPT OF ED/NAVIENT,    PO BOX 9635,     WILKES BARRE, PA 18773-9635
516823319*      +DEPT OF ED/NAVIENT,    PO BOX 9635,     WILKES BARRE, PA 18773-9635
516823322*       INTERNAL REVENUE SERVICE,    CENTRAL OPERATIONS,    PO BOX 7346,    Philadelphia, PA 19101-7346
516823323*       INTERNAL REVENUE SERVICE,    CENTRAL OPERATIONS,    PO BOX 7346,    Philadelphia, PA 19101-7346
516823324*       INTERNAL REVENUE SERVICE,    CENTRAL OPERATIONS,    PO BOX 7346,    Philadelphia, PA 19101-7346
516823327*      +NAVIENT,   PO BOX 9500,    WILKES BARRE, PA 18773-9500
516823328*      +NAVIENT,   PO BOX 9500,    WILKES BARRE, PA 18773-9500
516823329*      +NAVIENT,   PO BOX 9500,    WILKES BARRE, PA 18773-9500
516823330*      +NAVIENT,   PO BOX 9500,    WILKES BARRE, PA 18773-9500
516823335*      +STATE OF NJ,    DIVISION OF TAXATION,    REVENUE PROCESSING CENTER,    PO BOX 643,
                  Trenton, NJ 08646-0643
516823336*      +STATE OF NJ,    DIVISION OF TAXATION,    REVENUE PROCESSING CENTER,    PO BOX 643,
                  Trenton, NJ 08646-0643
516823337*      +STATE OF NJ,    DIVISION OF TAXATION,    REVENUE PROCESSING CENTER,    PO BOX 643,
                  Trenton, NJ 08646-0643
517331579*      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                              TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              Bunce Atkinson     on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce Atkinson     bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              David J. Doyaga, Sr.    on behalf of Debtor Clarissa  Barrocales david.doyaga.sr@gmail.com,
               cathy@bigapplebankruptcy.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Michael A. Artis    on behalf of U.S. Trustee   United States Trustee michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
              Nicholas V. Rogers    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```