UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

Order Filed on July 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Clarissa Barrocales,

Debtor.

Case No.:  17-19835 (CMG)

Chapter 7

Hearing Date: July 17, 2018, at 10:00 a.m.

Judge: Hon. Christine M. Gravelle

## ORDER DISMISSING CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Clarissa Barrocales

Chapter 7 Case No. 17-19835 (CMG)

**Order Dismissing Case**
_____

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an *Order Dismissing Case for Abuse Under 11 U.S.C. § 707(b)(1) Based on the Totality of Circumstances Under 11 U.S.C. § 707(b)(3)(B) or, in the Alternative, Dismissing Case for Cause Under 11 U.S.C. § 707(a)*, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within Order, it is hereby

**ORDERED** that this chapter 7 case, Case No. 17-19835 (CMG), is **DISMISSED**.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19835-CMG
Clarissa Barrocales                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin            Page 1 of 1              Date Rcvd: Jul 18, 2018
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db            +Clarissa Barrocales,    402 Johnstone Street,    Perth Amboy, NJ 08861-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              David J. Doyaga, Sr.    on behalf of Debtor Clarissa  Barrocales david.doyaga.sr@gmail.com,
               cathy@bigapplebankruptcy.com;theresa@bigapplebankruptcy.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
              Michael A. Artis    on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of U.S. Trustee   United States Trustee michael.a.artis@usdoj.gov
              Nicholas V. Rogers    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10